# UNITED STATES DISTRICT COURT

### District of Connecticut

U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

## MEMORANDUM

September 20, 2024

**To:** Honorable Robert M. Spector
U.S. Magistrate Judge

**From:** Caitlin Brennan  *CB*
Sr. U.S. Probation Officer

**Subject:** McEwen, Jonathan
Dkt. No.: 3:24CR00146 (MPS)
<u>Status Update</u>

On January 26, 2024, Jonathan McEwen appeared before the Honorable Thomas O. Farrish, United States Magistrate Judge, and was charged with Escape from the Custody of the Attorney General, in violation of 18 U.S.C. 751. Mr. McEwen was detained without prejudice.

On August 19, 2024, Mr. McEwen appeared for an emergency bond hearing before Your Honor. He was ordered released with release delayed until August 20, 2024 under the following conditions: the defendant is placed in the custody of Rachel Peaslee of Vernon, CT; submit to supervision by the U.S. Probation and Pretiral Services Office; surrender any passport to the U.S. Probation and Pretrial Services Office and do not obtain a passport or other international travel document; the defendant is only permitted to leave the Hartford Courthouse and visit his father at the care facility in Connecticut where his father is located; the defendant shall not use or unlawfully possess a narcotic drug or other controlled substance; the defendant shall not possess a firearm, destructive device, or other weapon; the defendant shall not use alcohol excessively; the defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer; the defendant shall submit to stand-alone GPS location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided; the defendant shall report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel; The defendant is to be transported by the United States Marshal Service, or its designees, from the facility where he is being detained to the Hartford Courthouse on August 20, 2024, to arrive at or before 9:00 A.M. The Probation Office will then install the GPS monitoring, and he will be transported by his third party custodian to visit

with his ailing father at the facility where his father is being treated. He must return to the Hartford Courthouse no later than 4:00 P.M. on August 20, 2024. Upon return to the Hartford Courthouse, the Probation Office will remove the GPS location device and administer a drug test.

On August 20, 2024, Mr. McEwen reported to the U.S. Probation and Pretrial Services Office immediately following his release from custody as directed. At this time, Mr. McEwen admitted to using Suboxone, without a prescription, while in custody and asked that a preliminary drug test be conducted before he entered the community to verify that his use predated his release. A urinalysis screen was performed at this time which rendered positive for Buprenorphine (Suboxone). Upon his return to the U.S. Probation and Pretrial Services Office, a second urinalysis screen was conducted, which also rendered positive for Buprenorphine (Suboxone). Mr. McEwen was otherwise compliant with all conditions of his release.

It appears based on his admission and preliminary drug test that Mr. McEwen's illicit drug use occurred before the Court's order and would not be considered a violation of his bond at this time. The U.S. Probation and Pretrial Services Office is requesting no further action at this time.

Cc:   David J. Sheldon
      Assistant U.S. Attorney

      Michael William Brown
      CJA Appointed Counsel for the defendant